# United States District Court
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **ALONZO TISDALE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-101-ALM-KPJ** |
| | § | |
| **THE CBE GROUP, INC.,** *doing* | § | |
| *business as* **CREDIT BUREAU** | § | |
| **ENTERPRISES, INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 28, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #43).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that:

1. Defendant CBE Group, Inc.'s ("CBE") Motion to Dismiss (Dkt. #26) is **GRANTED** to the extent it seeks to dismiss Plaintiff's claims pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiff's claims against Defendants CBE, Transworld Systems, Inc., and Credit Control Services, Inc. are **DISMISSED WITHOUT PREJUDICE** for lack of standing;

3. the remaining pending motions (Dkts. #21, #30, #39) are **DENIED AS MOOT**; and

4. all relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 17th day of January, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE